```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

KENNETH W. LOOPER, JR.                                        PLAINTIFF

v.                       Case No. 11-2237

GREENE'S ENERGY GROUP, LLC                                    DEFENDANT

<u>**ORDER**</u>

Now before the Court is the Motion to Dismiss for Failure to Prosecute Claims and Comply with Court Order (doc. 14) filed by Defendant. On June 27, 2012, the Court permitted Plaintiff's counsel, Mark Ford, to withdraw. The Order further directed Plaintiff to advise the Court within thirty (30) days as to whether he wished to retain new counsel or proceed *pro se* (doc. 12). On June 28, 2012, Mr. Ford filed a certificate of service notifying the Court he served a copy of the Order on Plaintiff at his last known residence and place of employment (doc. 13). In addition, the Court has attempted to contact Plaintiff by telephone at two different numbers to no avail. To date, the Court has received no response or correspondence of any kind from Plaintiff.

**Plaintiff is advised he has through November 13, 2012, to file a response to Defendant's Motion. Failure to do so will result in the dismissal of Plaintiff's Complaint for failure to prosecute his claims and to comply with the orders of this Court.**

The U.S. District Clerk is directed to send a copy of this Order to Plaintiff's former counsel, Mark Ford, and mail a copy to Plaintiff at the following addresses:

| | |
|---|---|
| Kenneth W. Looper, Jr.<br>2820 Tillis Avenue<br>Fort Smith, AR 72901 | Kenneth W. Looper, Jr.<br>c/o OK Foods<br>6th and Wheeler<br>Fort Smith, AR 72904 |
| Kenneth W. Looper, Jr.<br>1017 North 14th Street<br>Fort Smith, AR 72901 | |

IT IS SO ORDERED this 2nd day of November 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge